■ VILLAGE PROPERTIES OF SANDPIPER Co., Respondent, v TOLLMAN-HUNDLEY SPB COMPANY et al., Appellants. [599 NYS2d 360] —Order and judgment, Supreme Court, New York County (Peter Tom, J.), entered on October 28, 1992 and November 12, 1992, respectively, unanimously affirmed for the reasons stated by Tom, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Rubin, JJ.